AUSA:   William Orr          Telephone:  (989) 895-5712
Inspector:   James McKay, USPIS          Telephone:  (313) 337-2242

AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>A white USPS Medium Flat Rate box affixed with USPS<br>Priority Mail Tracking Number 9505 5145 0194 6022<br>1452 46, addressed to "Jennifer wright, Box 267..." | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:26-mc-50077-01
Judge: Ludington, Thomas L.

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Michigan_____ . *(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See ATTACHMENT B.

**YOU ARE COMMANDED** to execute this warrant on or before ___2/10/2026___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___the presiding United States Magistrate Judge on duty___ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   January 27, 2026   12:42 pm          _____
                                                                                                              *Judge's signature*

City and state:   Flint, Michigan          Hon. Curtis Ivy, Jr.      U. S. Magistrate Judge
                                                                                          *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br><br>1:26-mc-50077-01 | Date and time warrant executed:<br><br>01/27/2026 at 1:58pm | Copy of warrant and inventory left with:<br><br>N/A |
| Inventory made in the presence of :<br><br>R. Ferguson | | |

Inventory of the property taken and name of any person(s) seized:

- Approximately 1,890 grams of Marijuana product. Parcel 9505 5145 0194 6022 1452 46 and all of its contents.

**Certification**

     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   01/28/2026

/s/ *James D. McKay*
*Executing officer's signature*

James D. McKay - U.S. Postal Inspector
*Printed name and title*

ATTACHMENT A

Item to be searched

A white USPS Medium Flat Rate box affixed with USPS Priority Mail Tracking Number 9505 5145 0194 6022 1452 46, addressed to "Jennifer wright, Box 267, 12745 S. Saginaw St. #806, Grand Blanc MI, 48439" with a return address of "Nancy J., 13811 La Rica St., Irwindale CA, 91010". The parcel was mailed on January 22, 2026, from Baldwin Park, California.  Further, the parcel weighs approximately 5 pounds 9.30 ounces and bears $22.95 in postage and fees.

## ATTACHMENT B

Any and all controlled substances, in violation of Title 21, U.S.C., Sections 841(a)(1) and 846; or other items associated with drug trafficking, such as records, notes and correspondence, currency, and/or evidence tending to identify the source of the package and the intended recipient.